COM.

v.

**PINKNEY, D.**

**341 MDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–40–CR–0001352–2009 (Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

J.M.M.

v.

**W.A.G.**

**382 MDA 2017**

Superior Court of Pennsylvania.

09/21/2017

2017–00501 (Cumberland)

Affirmed

COM.

v.

**WILSON, L.**

**515 MDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–36–CR–0002883–2016   CP–36–CR–0002884–2016   CP–36–CR–0002885–2016 CP–36–CR–0002886–2016   CP–36–CR–0002887–2016   CP–36–CR–0005284–2014 (Lancaster)

Affirmed

COM.

v.

**CARTER, K.**

**1436 WDA 2016**

Superior Court of Pennsylvania.

09/21/2017

CP–25–CR–0002434–2015 (Erie)

Affirmed—Application to Withdraw as Counsel Granted